UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFRED TRIPPET, <u>on behalf of himself and all others similarly situated</u>,

        Plaintiff,

  -v-

RUBYS MIDTOWN, LLC,

        Defendant.

CIVIL ACTION NO. 25 Civ. 468 (JAV) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Rubys Midtown, LLC's responsive pleading to the Complaint was due on February 14, 2025. (ECF No. 7). Defendant has not filed a responsive pleading or otherwise appeared in this case.

The Court <u>sua sponte</u> extends Defendant's responsive pleading deadline up to and including **February 21, 2025**. If Defendant has not appeared and filed a response to the Complaint by February 21, 2025, on or before **February 24, 2025**, Plaintiff shall initiate default judgment proceedings.

Dated:    New York, New York
            February 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**