

LAW OFFICE OF
GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

March 17, 2025

Hon. Judge Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007


RE:    **TRIPPETT v. RUBYS MIDTOWN, LLC**
       **<u>DOCKET NO. 1:25-cv-468</u>**

Dear Judge Cave:


    The undersigned represents Alfred Trippett, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.


    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy